**Daryl SMITH, Plaintiff–Appellant,**

v.

**MARYLAND STATE POLICE; David B. Mitchell, Secretary of the Department of State Police; E.J. Krickler; Hector Vento, Defendants–Appellees.**

No. 02–2397.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Daryl Smith, Appellant Pro Se. Hugh Scott Curtis, Assistant Attorney General, Pikesville, Maryland, for Appellees.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Daryl Smith appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons state by the district court. *See Smith v. Maryland State Police*, No. CA–02–1716–WMN (D.Md. Oct. 8 and Dec. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*